UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> NEW YORK LIFE INSURANCE COMPANY, NEW YORK LIFE AND ANNUITY CORPORATION, NYLIFE INSURANCE COMPANY OF ARIZONA, NYLIFE SECURITIES LLC ; M&T BANK CORPORATION; MANUFACTURERS AND TRADERS TRUST COMPANY; M&T BANK, N.A.; THE HARTFORD FINANCIAL SERVICES GROUP, INC.; HARTFORD LIFE, INC.; HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; HARTFORD LIFE INSURANCE COMPANY; HARTFORD FIRE INSURANCE COMPANY; HARTFORD CASUALTY INSURANCE COMPANY; HARTFORD ACCIDENT AND INDEMNITY COMPANY; HARTFORD UNDERWRITERS INSURANCE COMPANY, HARTFORD INSURANCE COMPANY OF ILLINOIS, THE HARTFORD MUTUAL FUNDS, INC. <br><br> Defendants. | Judge Buchwald <br><br> Civil Action No. 07CV.5442 <br><br> **RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Ronald A. Katz Technology

---

**RULE 7.1 STATEMENT**

Licensing, L.P. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

Ronald A. Katz Technology Licensing, L.P. does not have any publicly held corporate parents, affiliates and/or subsidiaries.

DATED: June 7, 2007

HELLER EHRMAN LLP

By _____
W. Edward Bailey
Heller Ehrman LLP
7 Times Sq.
New York, NY 10036

Dale Rice
Heller Ehrman LLP
333 Bush Street
San Francisco, California 94104
Attorneys for Plaintiff RONALD A. KATZ
TECHNOLOGY LICENSING, L.P.