SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Daniel A. DeVito (DD 9515)
Marti A. Johnson (MJ 3187)

Attorneys for Defendants M&T Bank Corporation,
Manufacturers and Traders Trust Company, and
M&T Bank, N.A.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY, et al.,<br><br>Defendants. | 07-CV-05442-NRB<br><br>STIPULATION AND ORDER |

### STIPULATION AND ORDER EXTENDING
### DEFENDANT'S TIME TO ANSWER COMPLAINT

WHEREAS, the time for Defendants M&T Bank Corporation, Manufacturers and Traders Trust Company, and M&T Bank, N.A. (collectively, M&T) to answer or otherwise move with respect to the Complaint served upon them on June 12, 2007, is currently set to expire on July 2, 2007; and

WHEREAS, M&T and Plaintiff have agreed to extend the time for M&T to answer or otherwise move with respect to the Complaint of 60 days;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that M&T's time to answer or otherwise move with respect to the Complaint shall be extended to and including August 31, 2007.

Dated: New York, New York
       June 15, 2007

_/s/ W. Edward Bailey_
W. Edward Bailey (WB 9729)
HELLER EHRMAN LLP
Seven Times Square
New York, NY 10036

Attorney for Plaintiff Ronald
A. Katz Technology Licensing, L.P.

_/s/ Daniel A. DeVito_
Daniel A. DeVito (DD 9515)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM, LLP
Four Times Square
New York, NY 10036

Attorney for Defendants M&T Bank
Corporation, Manufacturers and Traders
Trust Company, and M&T Bank, N.A.

SO ORDERED:

_/s/ Naomi Reice Buchwald_
Naomi Reice Buchwald
United States District Judge

Dated: June 20, 2007