United States District Court
Southern District of New York

---

RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,

                Plaintiff

v.

NEW YORK LIFE INSURANCE COMPANY ET AL.

                Defendants.

Case No.: 07 CV 5442

AFFIDAVIT OF SERVICE

---

STATE OF NEW YORK: COUNTY OF NEW YORK    ss:

I, TEDDY VALCIN, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK. That on JUNE 11, 2007 at 12:45 PM at 51 MADISON AVENUE, NEW YORK, NY 10010, deponent served the within letter from Dale A Rice, Esq. dated June 6, 2007, Judge R. Gary Klausner's May 15, 2007 Order, Amendment to Order Setting Initial Status Conference docketed May 18, 2007, Summons with Rider, Civil Cover Sheet, Rule 7.1 Statement, Individual Practices of Magistrate Judge Ronald L. Ellis, Individual Practices of Naomi Reice Buchwald, United States District Judge, Report of the Filing or Determination of an action Regarding a Patent or Trademark, Complaint with Jury Demand on NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION therein named.

By delivering thereat a true copy of each to MARTHA SARNOTSKY personally, who stated that she is the PARALEGAL thereof.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Female    Race/Skin: Black    Hair: Black    Glasses: No    Approx. Age: 38    Height: 6'1"    Weight: 145

**COMMENTS:** Recipient represented to me that she is authorized to accept service of process on behalf of New York Life Insurance and Annuity Corporation.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Teddy Valcin, Lic. #1103442
Target Research LLC

20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Executed on: 6/19/07

Subscribed and sworn to before me, a notary public, on this 19th day of June, 2007.

Notary Public

My Commission Expires: 3/28/09

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009

Target Research LLC  •  20 Vesey Street, PH, New York, NY 10007  •  (212) 227-9600