**United States District Court**
**Southern District of New York**

---------------------------------------------------------------------

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) Case No.: 07 CV 5442 |
| | ) |
| | ) |
| **Plaintiff** | ) **AFFIDAVIT OF SERVICE** |
| v. | ) |
| NEW YORK LIFE INSURANCE COMPANY ET AL. | ) |
| | ) |
| **Defendants.** | ) |

---------------------------------------------------------------------

STATE OF NEW YORK: COUNTY OF NEW YORK      ss:

I, TEDDY VALCIN, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK.   That on JUNE 11, 2007 at 1:42 PM at 335 MADISON AVENUE, SUITE 200, NEW YORK, NY 10017, deponent served the within letter from Dale A Rice, Esq. dated June 6, 2007, Judge R. Gary Klausner's May 15, 2007 Order, Amendment to Order Setting Initial Status Conference docketed May 18, 2007, Summons with Rider, Civil Cover Sheet, Rule 7.1 Statement, Individual Practices of Magistrate Judge Ronald L. Ellis, Individual Practices of Naomi Reice Buchwald, United States District Judge, Report of the Filing or Determination of an action Regarding a Patent or Trademark, Complaint with Jury Demand on NYLIFE SECURITIES LLC therein named.

By delivering thereat a true copy of each to BEN ALICIAS personally, who stated to be the AUTHORIZED AGENT thereof.

**DESCRIPTION:**  Deponent further states that the description of the person actually served is as follows:
Gender: Male    Race/Skin: Brown    Hair: Black and Grey    Glasses: No    Approx. Age: 55    Height: 5'4"
Weight: 140

**COMMENTS:** Recipient represented to me that he is authorized to accept service of process on behalf of NYLIFE Securities LLC.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

*Teddy Valcin*                                        6/19/07

Teddy Valcin, Lic. #1103442
Target Research LLC                                  Executed on:

20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Subscribed and sworn to before me, a notary public, on this ___19th___ day of ___June___, 2007.

_____  My Commission Expires: 3/28/09
Notary Public

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009