# AFFIDAVIT OF SERVICE

Index No: **07 CV 5442**

Plaintiff/Petitioner: **Ronald A. Katz Technology**

Defendant/Respondent: **NY Life**

ss.:

**Stephen Tomkowski**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of twenty-one and not a party to this action. I reside in the State of Connecticut, County of New Haven.

On **06/12/2007** at **4:10 PM**, I served the within **Letter from Dale A. Rice, Esq. dated June 6, 2007; Judge R. Gary Klausner's May 15, 2007 Order; Amendment to Order Setting Initial Status Conference docketed May 18, 2007; Summons with Rider; Civil Cover Sheet; Rule 7.1 Statement; Individual Practices of Magistrate Judge Ronald L. Ellis; Individual Practices of Naomi Reice Buchwald, United States District Judge; Report of the Filing or Determination of an action Regarding a Patent or Trademark; Complaint with Jury Demand** on **The Hartford Financial Services Group. Inc.** at **One Hartford Plaza, Hartford, CT 06115** in the manner indicated below:

☑ **CORPORATE SERVICE:** By delivering a true copy of each to **Andrew Pinkwski, Counsel** of the above named corporation. So served and authorized to accept service.

A description of the Defendant, or other person served on behalf of the Defendant is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | White | Brown | 40 | 5'9 | 185 |
| Other features: | | | | | |

Sworn to and subscribed before me this
___20___ day of ___June___, 20_07_
by an affiant who is personally known to
me or produced identification.

x ___S. Tomkowski___
Stephen Tomkowski

___Linda J. Perlmutter___
NOTARY PUBLIC
My Commission Expires: _12/31/08_