United States District Court
Southern District of New York
-----------------------------------------------------------------

RONALD A. KATZ TECHNOLOGY LICENSING, )
L.P., ) Case No.: 07 CV 5442
 )
 )
Plaintiff ) AFFIDAVIT OF SERVICE
v. )
NEW YORK LIFE INSURANCE COMPANY ET AL. )
 )
 )
Defendants. )
-----------------------------------------------------------------

STATE OF NEW YORK: COUNTY OF NEW YORK    ss:

I, MARVIN COHEN, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK. That on JUNE 12, 2007 at 2:07 PM at 1 ROCKWOOD ROAD, SLEEPY HOLLOW, NEW YORK 10591, deponent served the within letter from Dale A Rice, Esq. dated June 6, 2007, Judge R. Gary Klausner's May 15, 2007 Order, Amendment to Order Setting Initial Status Conference docketed May 18, 2007, Summons with Rider, Civil Cover Sheet ,Rule 7.1 Statement ,Individual Practices of Magistrate Judge Ronald L. Ellis ,Individual Practices of Naomi Reice Buchwald, United States District Judge, Report of the Filing or Determination of an action Regarding a Patent or Trademark, Complaint with Jury Demand on NYLIFE INSURANCE COMPANY OF ARIZONA therein named.

By delivering thereat a true copy of each to LISA BABB personally, who stated to me that she is the PARALEGAL thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Female    Race/Skin: Black    Hair: Bald    Glasses: No    Approx. Age: 35    Height: 5'2"    Weight: 150

COMMENTS: Recipient represented to me that she is authorized to accept service of process on behalf of NYLIFE Insurance Company of Arizona.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Marvin Cohen, Lic. #0867318
Target Research LLC                                    Executed on: 6/22/07
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Subscribed and sworn to before me, a notary public, on this 22nd day of June, 2007.
My Commission Expires: 3/28/09

Notary Public

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009

Target Research LLC  •  20 Vesey Street, PH, New York, NY 10007  •  (212) 227-9600