United States District Court
Southern District of New York

---

RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,

        Plaintiff

v.

NEW YORK LIFE INSURANCE COMPANY ET AL.

        Defendants.

Case No.: 07 CV 5442

AFFIDAVIT OF SERVICE

---

STATE OF NEW YORK: COUNTY OF ERIE    ss:

I, Richard Harrington, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK. That on JUNE 12, 2007 at 4:05 PM at ONE M&T PLAZA, BUFFALO, NEW YORK 14203, deponent served the within letter from Dale A Rice, Esq. dated June 6, 2007, Judge R. Gary Klausner's May 15, 2007 Order, Amendment to Order Setting Initial Status Conference docketed May 18, 2007, Summons with Rider, Civil Cover Sheet, Rule 7.1 Statement ,Individual Practices of Magistrate Judge Ronald L. Ellis ,Individual Practices of Naomi Reice Buchwald, United States District Judge, Report of the Filing or Determination of an action Regarding a Patent or Trademark, Complaint with Jury Demand on MANUFACTURERS AND TRADERS TRUST COMPANY therein named.

CORPORATION: a corporation by delivering thereat a true copy of each to SEAN RONAN personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be the LEGAL COUNSEL thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Male    Race/Skin: White    Hair: Brown    Glasses: No    Approx. Age: 36-50    Height: 6"0    Weight: Over 200

COMMENTS: Recipient represented to me that he is authorized to accept service of process on behalf of MANUFACTURERS AND TRADERS TRUST COMPANY.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Richard Harrington
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Executed on: 6/21/07

Subscribed and sworn to before me, a notary public, on this 21st day of June, 2007.
My Commission Expires:

Notary Public

MARY ALICE VICTOR
NOTARY PUBLIC STATE OF NY
QUALIFIED IN ERIE COUNTY
COMMISSION EXPIRES MAY 26, 2011