United States District Court
Southern District of New York

-----------------------------------------------------------------

RONALD A. KATZ TECHNOLOGY LICENSING, L.P., )
) Case No.: 07 CV 5442
)
)
Plaintiff ) AFFIDAVIT OF SERVICE
v. )
NEW YORK LIFE INSURANCE COMPANY ET AL. )
)
)
Defendants. )

-----------------------------------------------------------------

STATE OF NEW YORK: COUNTY OF ERIE    ss:

I, Richard Harrington, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK. That on JUNE 12, 2007 at 4:05 PM at ONE M&T PLAZA, BUFFALO, NEW YORK 14203, deponent served the within letter from Dale A Rice, Esq. dated June 6, 2007, Judge R. Gary Klausner's May 15, 2007 Order, Amendment to Order Setting Initial Status Conference docketed May 18, 2007, Summons with Rider, Civil Cover Sheet, Rule 7.1 Statement, Individual Practices of Magistrate Judge Ronald L. Ellis, Individual Practices of Naomi Reice Buchwald, United States District Judge, Report of the Filing or Determination of an action Regarding a Patent or Trademark, Complaint with Jury Demand on M&T Bank, National Association therein named.

By delivering thereat a true copy of each to SEAN ROHAN personally, who stated that he is the LEGAL COUNSEL thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Male    Race/Skin: White    Hair: Brown    Glasses: No    Approx. Age: 36-50    Height: 6'0    Weight: Over 200

COMMENTS: Recipient represented to me that he is authorized to accept service of process on behalf of M&T Bank, National Association.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Services Unlimited  *Richard Harrington*    Executed on: 6/21/07
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Subscribed and sworn to before me, a notary public, on this  21st  day of  June , 2007.
My Commission Expires:
Notary Public

MARY ALICE VICTOR
NOTARY PUBLIC STATE OF NY
QUALIFIED IN ERIE COUNTY
COMMISSION EXPIRES MAY 26, 20 11