JONES DAY
Lawrence R. Gabuzda (LG1905)
222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3939

Attorney for Defendants The Hartford Financial
Services Group, Inc.; Hartford Life, Inc.;
Hartford Life and Accident Insurance Company;
Hartford Life Insurance Company; Hartford Fire
Insurance Company; Hartford Casualty
Insurance Company; Hartford Accident and
Indemnity Company; Hartford Underwriters
Insurance Company; Hartford Insurance
Company of Illinois; and The Hartford Mutual
Funds, Inc.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
RONALD A. KATZ TECHNOLOGY )
LICENSING, L.P., )
 )
            Plaintiff, )         07-CV-05442 (NRB) ECF Case
 )
       -against- )               STIPULATION AND ORDER
 )
NEW YORK LIFE INSURANCE )
COMPANY, et al., )
 )
            Defendants. )
 )
---------------------------------------- x

### STIPULATION AND ORDER TO EXTEND TIME

WHEREAS, the time for Defendants The Hartford Financial Services Group, Inc.; Hartford Life, Inc.; Hartford Life and Accident Insurance Company; Hartford Life Insurance Company; Hartford Fire Insurance Company; Hartford Casualty Insurance Company; Hartford Accident and Indemnity Company; Hartford Underwriters Insurance Company; Hartford Insurance Company Of Illinois; and The Hartford Mutual Funds, Inc. (collectively "The

Hartford") to answer or otherwise move with respect to the Complaint served upon them on June 11, 2007, is currently set to expire on July 2, 2007;

WHEREAS, The Hartford has not previously requested an extension of time within which to file its response to the Complaint; and

WHEREAS, The Hartford and Plaintiff have agreed to extend the time for The Hartford to answer or otherwise move with respect to the Complaint for twenty-five (25) days;

IT IS HEREBY STIPULATED AND AGREED by The Hartford and Plaintiff, subject to approval by the Court, that The Hartford may have until July 27, 2007 to answer, move or otherwise plead in response to the Complaint.

DATED: New York, New York
June 28, 2007

_W. Edward Bailey_ (signature)
W. Edward Bailey
HELLER EHRMAN LLP
Seven Times Square
New York, NY 10036
Telephone: (212) 832-8300
Facsimile: (212) 763-7600
Email: edward.bailey@hellerehrman.com

OF COUNSEL:

Dale A. Rice
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email: dale.rice@hellerehrman.com

Attorneys for Plaintiff RONALD A. KATZ TECHNOLOGY LICENSING, L.P.

_Lawrence R. Gabuzda_ (signature)
Lawrence R. Gabuzda
JONES DAY
222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: lrgabuzda@jonesday.com

OF COUNSEL:

Samuel J. Najim
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-3053
Telephone: (404) 521-3939
Facsimile: (404) 581-8330
E-mail: snajim@jonesday.com

Attorneys for Defendants
THE HARTFORD FINANCIAL SERVICES GROUP, INC.; HARTFORD LIFE, INC.; HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; HARTFORD LIFE INSURANCE COMPANY; HARTFORD FIRE INSURANCE COMPANY; HARTFORD CASUALTY INSURANCE COMPANY; HARTFORD ACCIDENT AND INDEMNITY COMPANY; HARTFORD UNDERWRITERS INSURANCE COMPANY, HARTFORD INSURANCE COMPANY OF ILLINOIS, and THE HARTFORD MUTUAL FUNDS, INC.

SO ORDERED:

_(signature)_
Hon. Naomi R. Buchwald
United States District Judge

Dated: July 6, 2007