Ausworkd, 5.

JONES DAY
Lawrence R. Gabuzda (LG1905)
222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3939

Attorney for Defendants New York Life
Insurance Company, New York Life and
Annuity Corporation, NYLIFE Insurance
Company of Arizona, and NYLIFE Securities
LLC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/31/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x

RONALD A. KATZ TECHNOLOGY
LICENSING, L.P.,

        Plaintiff,

        -against-

NEW YORK LIFE INSURANCE
COMPANY, et al.,

        Defendants.

---------------------------------------- x

07-CV-05442 (NRB) ECF Case

**STIPULATION AND ORDER**

### STIPULATION AND ORDER TO EXTEND TIME

WHEREAS, the time for Defendants New York Life Insurance Company, New York

Life and Annuity Corporation, NYLIFE Insurance Company of Arizona, NYLIFE Securities

LLC (collectively "New York Life") to answer or otherwise move with respect to the Complaint

served upon them on June 11, 2007 was previously extended from July 2, 2007 to July 27, 2007

and is currently set to expire on July 27, 2007; and

WHEREAS, the above captioned case has been transferred by the Multidistrict Litigation

Panel to the United States District Court for the Central District of California, and New York

Life and Plaintiff have agreed to extend the time for New York Life to answer or otherwise move with respect to the Complaint for fourteen (14) days;

    IT IS HEREBY STIPULATED AND AGREED by New York Life and Plaintiff, subject to approval by the Court, that New York Life may have to and through August 10, 2007 to answer, move or otherwise plead in response to the Complaint.

DATED:  New York, New York
      July 24, 2007

_____
W. Edward Bailey
HELLER EHRMAN LLP
Seven Times Square
New York, NY  10036
Telephone: (212)  832-8300
Facsimile: (212)  763-7600
Email:  edward.bailey@hellerehrman.com

OF COUNSEL:

Dale A. Rice
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile:  (415)  772-6268
Email:  dale.rice@hellerehrman.com

Attorneys for Plaintiff RONALD A.
KATZ TECHNOLOGY LICENSING,
L.P.

_____
Lawrence R. Gabuzda
JONES DAY
222 East 41st Street
New York, NY  10017
Telephone: (212)  326-3939
Facsimile: (212)  755-7306
Email:  lrgabuzda@jonesday.com

OF COUNSEL:

Samuel J. Najim
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309-3053
Telephone:(404) 521-3939
Facsimile: (404) 581-8330
E-mail:  snajim@jonesday.com

Attorneys for Defendants
NEW YORK LIFE INSURANCE
COMPANY, NEW YORK LIFE AND
ANNUITY CORPORATION, NYLIFE
INSURANCE COMPANY OF
ARIZONA and NYLIFE SECURITIES
LLC

- 2 -

SO ORDERED:

Hon. Naomi R. Buchwald
United States District Judge

Dated: July 30 , 2007