JONES DAY
Lawrence R. Gabuzda (LG1905)
222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3939

Attorney for Defendants The Hartford Financial Services Group, Inc.; Hartford Life, Inc.; Hartford Life and Accident Insurance Company; Hartford Life Insurance Company; Hartford Fire Insurance Company; Hartford Casualty Insurance Company; Hartford Accident and Indemnity Company; Hartford Underwriters Insurance Company; Hartford Insurance Company Of Illinois; and The Hartford Mutual Funds, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> -against- <br><br> NEW YORK LIFE INSURANCE COMPANY, *et al.*, <br><br> Defendants. | **07-CV-05442 (NRB) ECF Case** <br><br> **CORPORATE DISCLOSURE STATEMENT OF THE HARTFORD DEFENDANTS** |

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, The Hartford Financial Services Group, Inc. a nongovernmental corporation organized and existing under the laws of the State of Delaware, hereby discloses that it has no parent corporation and that no publicly held corporation owns ten percent or more of its stock. Defendants Hartford Life, Inc., Hartford Life and Accident Insurance Company, Hartford Life Insurance Company, Hartford Fire Insurance Company, Hartford Casualty Insurance Company, Hartford Accident and Indemnity Company, Hartford Underwriters Insurance Company, and The Hartford Mutual

Funds are direct or indirect subsidiaries of The Hartford Financial Services Group, Inc., that no other publicly held corporation owns 10% or more of their stock.

Dated: August 10, 2007                              JONES DAY

                                                          By: /s/ Lawrence R. Gabuzda
                                                              Lawrence R. Gabuzda

Of Counsel:
Samuel J. Najim
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309-3053
Telephone:  (404) 521-3939

Attorney for Defendants
The Hartford Financial Services Group, Inc.;
Hartford Life, Inc.; Hartford Life and
Accident Insurance Company; Hartford Life
Insurance Company; Hartford Fire Insurance
Company; Hartford Casualty Insurance
Company; Hartford Accident and Indemnity
Company; Hartford Underwriters Insurance
Company; Hartford Insurance Company of
Illinois; and The Hartford Mutual Funds, Inc.