JONES DAY
Lawrence R. Gabuzda (LG1905)
222 East 41st Street
New York, NY  10017
Telephone: (212) 326-3939

Attorney for Defendants New York Life
Insurance Company; New York Life Insurance
and Annuity Corporation; New York Life
Insurance Company of Arizona; and NYLIFE
Securities LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
RONALD A. KATZ TECHNOLOGY       )
LICENSING, L.P.,                )
                                )     07-CV-05442 (NRB) ECF Case
              Plaintiff,        )
                                )     **Rule 7.1 Statement**
         -against-              )
                                )
NEW YORK LIFE INSURANCE         )
COMPANY, *et al.*,              )
                                )
              Defendants.       )
                                )
                                )
---------------------------------------------------------- x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants New York Life Insurance Company; New York Life Insurance and Annuity Corporation; New York Life Insurance Company of Arizona; and NYLIFE Securities LLC make the following disclosures. Defendant New York Life Insurance Company has no parent company and that no publicly held corporation owns 10% or more of its stock.  Defendant New York Life Insurance and Annuity Corporation is is a wholly owned subsidiary of New York Life Insurance Company and that no other corporation or person owns 10% or more of its stock.  Defendant New York Life Insurance Company of Arizona is a wholly owned subsidiary of New York Life Insurance Company and

that no other corporation or person owns 10% or more of its stock.  Defendant NYLIFE Securities LLC is is a wholly owned subsidiary of NYLIFE LLC, which is a wholly owned subsidiary of New York Life Insurance Company, and that no other corporation or person owns 10% or more of its stock.

DATED:  New York, New York
         August 10, 2007

JONES DAY

By:  /s/ Lawrence R. Gabuzda
    Lawrence R. Gabuzda
    222 East 41st Street
    New York, NY  10017

    Of Counsel:
    Samuel J. Najim
    JONES DAY
    1420 Peachtree Street, N.E.
    Suite 800
    Atlanta, GA  30309-3053

    Attorneys for Defendants
    NEW YORK LIFE INSURANCE COMPANY; NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION; NEW YORK LIFE INSURANCE COMPANY OF ARIZONA; and NYLIFE SECURITIES LLC